OPINION OF THE COURT
PER CURIAM
The appellant, who had sued his former wife alleging a leasehold interest in property awarded in a dissolution proceeding, seeks review of an order denying his motion for disqualification of the trial judge. Such motion was denied as untimely and insufficient as a matter of law.
Rule 9.130 of the Florida Rules of Appellate Procedure precludes *47 this Court from hearing the appeal of this non-final order. Therefore, this Court not having jurisdiction, the appeal is dismissed and the judgment is affirmed.[1]

 We note that in this case there is no transcript of any proceedings. It is the appellant’s obligation to present a record to support his position. In the event that this court had jurisdiction, the record is insufficient to mandate reversal. See Wilder v Altman, 179 So.2d 250 (Fla. 3d DCA 1986). See Fischer v Knuck, 497 So.2d 240 (Fla. 1986).